UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

PEDRO MARTINEZ, individually and as the representative of a class of similarly situated persons,

                    Plaintiff,

-against-

AURA BORA, INC.,

                    Defendant.

Case No. 22-cv-3430

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate to the Plaintiff's voluntary dismissal of all claims against Defendant in the above-captioned matter, with prejudice.

All parties shall bear their own attorneys' fees and costs incurred in this action.

Dated: New York, New York
         September 21, 2022

**SHAKED LAW GROUP, P.C.**

By: _____
Dan Shaked, Esq.
*Attorneys for Plaintiff*
14 Harwood Court, Suite 415
Scarsdale, NY 10583
Tel. 917-373-9128
e-mail: ShakedLawGroup@gmail.com

**FOSTER GARVEY P.C.**

By: _____
Maurice W. Heller, Esq. (MH-7996)
*Attorneys for Defendant*
100 Wall Street, 20th Floor
New York, New York 10005
(212) 431-8700
maurice.heller@foster.com

*SO ORDERED:*

_____ /s/(ARR) _____ 9/22/22
, U.S.D.J.

FG: 100563340.1